**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN L. JACKSON,<br><br>　　　　　　　　Petitioner,<br>　v.<br>THE STATE OF NEVADA, et al.,<br>　　　　　　　　Respondents. | Case No. 3:21-cv-00035-HDM-WGC<br><br>**ORDER** |

This habeas matter is before the Court on Petitioner John L. Jackson's failure to comply with the Court's Order (ECF No. 4) or the Local Rules of Practice.

Petitioner submitted an Application to Proceed *In Forma Pauperis* (ECF No. 1), Motion to Correct Illegal Sentence (ECF No. 1-2), and Motion for Appointment of Counsel (ECF No. 1-3). On January 25, 2021, the Court denied Petitioner's Application to Proceed *In Forma Pauperis* finding he did not qualify for a fee waiver. A $5.00 filing fee is required to initiate a habeas action in federal district court. 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The Court instructed Petitioner to pay the $5 filing fee no later than March 8, 2021.

In addition, the Court also instructed Petitioner to amend his pleading. Petitioner filed a motion to correct illegal sentence and the Court informed Petitioner that the only proper basis for his claims is 28 U.S.C. § 2254 because he is in custody pursuant to a state court judgment of conviction. *See White v. Lambert*, 370

1

F.3d 1002, 1005-07 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546, 555 (9th Cir. 2010) (en banc). Further, Petitioner did not name the correct respondent. Accordingly, the Court instructed to file an amended petition on the court's approved form no later than March 8, 2021. *See* LSR 3-1; Habeas Rule 2(d).

Petitioner was warned that a failure to comply by (a) paying the filing fee, and (b) amending his petition would result in dismissal of this action without prejudice and without further advance notice. The deadline expired three months ago and Petitioner has not paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.

**IT IS THEREFORE ORDERED:**

1. Petitioner John L. Jackson's Petition for Writ of Habeas Corpus filed in the form of a Motion to Correct Illegal Sentence (ECF No.1-2) is dismissed without prejudice based on his failure to comply with the Court's order (ECF No. 4) or the Local Rules of Practice

2. The Clerk of Court is instructed to enter final judgment and close this case.

DATED: this 15th day of June, 2021.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE